UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

CAH ACQUISITION COMPANY 7, LLC,
D/B/A PRAGUE COMMUNITY HOSPITAL,   CASE NO. 19-01298-5-JNC

DEBTOR                              CHAPTER 11

THOMAS W. WALDREP, JR., AS         )
LIQUIDATING TRUSTEE                )
                                   )
Plaintiff                          )   ADVERSARY PROCEEDING
                                   )   NO. 22-00105-5-JNC
v.                                 )
                                   )
REBOOT, INC., D/B/A HIPAA GUARD,   )
RURAL LAB OUTREACH, LLC, AND       )
MICHAEL REECE,                     )
                                   )
Defendants                         )

**CONSENT MOTION TO AMEND PRETRIAL SCHEDULING ORDER**

Thomas W. Waldrep, Jr., as Liquidating Trustee, ("Plaintiff"), Reboot, Inc., d/b/a HIPAA Guard, Rural Lab Outreach, LLC, and Michael Reece (collectively "Defendants"), by and through counsel, hereby jointly move to amend the Pretrial Scheduling Order in the above-captioned proceeding. In support of this motion, the parties respectfully represent as follows:

1.  On September 27, 2022, the Court entered its Pretrial Scheduling Order (Doc. 27) which incorporated the parties' discussion in open court and their Joint Preconference Report filed on that same day.

1

2. On October 11, 2022, the parties exchanged disclosures as required by Federal Rule of Civil Procedure 26(A)(1)(A) and as directed by the Court in the Pretrial Scheduling Order.

3. Thereafter, the parties have engaged and continue to participate in the exchange of written discovery requests and responses.

4. The parties have conferred and agree that an adjustment to some of the deadlines set forth in the Pretrial Scheduling Order are necessary to allow them to complete written discovery of documents and electronically stored information, prepare for and complete fact and expert depositions in an orderly manner and with the benefit of the materials produced in response to written requests, and to otherwise prepare themselves for dispositive motions and trial.

5. Accordingly, the parties jointly request that the Court make the following adjustments to the Pretrial Scheduling Order, with the remainder of that order continuing without change:

- **Discovery Deadline:** All discovery should be completed by July 21, 2023.
- **Rule 26(a)(2):** The parties now contemplate the use of expert witnesses and, therefore, each party will identify any experts and provide opposing counsel with copies of the expert's report by May 1, 2023, and identify any rebuttal expert and provide opposing counsel with copies of any rebuttal report by June 1, 2023 (current deadline is March 14);
- **Dispositive Motions:** The deadline for filing dispositive motions is extended to September 1, 2023.
- **Pretrial Order and Motions in Limine:** To be set by the Court after resolution of dispositive motions.
- **Final Pretrial Conference:** To be set by the Court after resolution of dispositive motions.
- **Trial:** To be set by the Court after resolution of dispositive motions.

WHEREFORE, the parties respectfully submit that good cause exists to amend the Pretrial Scheduling Order as set forth herein, and hereby jointly request that the Court enter an order granting the relief set forth above, together with such other and further relief as the Court finds just and proper.

DATED: February 13, 2023.

| | |
|---|---|
| /s/ Eric Jay Langston | /s/ Thomas W. Waldrep |
| Eric Jay Langston | Thomas W. Waldrep, Jr. (NC State Bar 11135) |
| AEGIS Law | Kelly A. Cameron (NC State Bar 55664) |
| 601 South Lindbergh Boulevard | John R. Van Swearingen (NC State Bar 53646) |
| St. Louis, MO 63131 | WALDREP WALL BABCOCK & BAILEY PLLC |
| Telephone: (314) 454-9100 ext. 132 | 370 Knollwood Street, Suite 600 |
| elangston@aegislaw.com | Winston-Salem, NC 27103 |
| | Telephone: (336) 717-1280 |
| James S. Livermon, III (NC State Bar 26492 | twaldrep@waldrepwall.com |
| WOMBLE BOND DICKINSON (US) LLP | kcameron@waldrepwall.com |
| 555 Fayetteville Street, Suite 1100 | notice@waldrepwall.com |
| Raleigh, NC 27601 | |
| Telephone: (919) 755-2148 | Micah E. Marcus |
| charlie.livermon@wbd-us.com | McDonald Hopkins LLC |
| | 300 North LaSalle Street, Suite 1400 |
| *Attorneys for Defendants* | Chicago, IL 60654 |
| | Telephone: (312) 280-0111 |
| | mmarcus@mcdonaldhopkins.com |
| | |
| | *Attorneys for Plaintiff* |