**SO ORDERED.**

**SIGNED this 15 day of February, 2023.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

In re:

| | |
|---|---|
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY COMMUNITY HOSPITAL, | Case No. 19-00730-5-JNC<br>Chapter 11 |
| Debtor. | |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

   v.                                                                                  Adv. Pro. No. 22-00101-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

| | |
|---|---|
| CAH ACQUISITION COMPANY #2, LLC, d/b/a OSWEGO COMMUNITY HOSPITAL, | Case No. 19-01230-5-JNC<br>Chapter 11 |
| Debtor. | |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

   v.                                                     Adv. Pro. No. 22-00102-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

   CAH ACQUISITION COMPANY #3, LLC,         Case No. 19-01180-5-JNC
     d/b/a HORTON COMMUNITY HOSPITAL,              Chapter 11

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

   v.                                                     Adv. Pro. No. 22-00103-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

   CAH ACQUISITION COMPANY 6, LLC,           Case No. 19-01300-5-JNC
     d/b/a I-70 COMMUNITY HOSPITAL,                     Chapter 7

Thomas W. Waldrep, Jr., as Chapter 7 Trustee,

   Plaintiff,
   v.                                                     Adv. Pro. No. 22-00104-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

| | |
|---|---|
| In re: | |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL, | Case No. 19-01298-5-JNC<br>Chapter 11 |
| Thomas W. Waldrep, Jr., as Liquidating Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-00105-5-JNC |
| Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece, | |
| Defendants. | |
| In re: | |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL, | Case No. 19-01697-5-JNC<br>Chapter 11 |
| Thomas W. Waldrep, Jr., as Liquidating Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-00106-5-JNC |
| Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece, | |
| Defendants. | |
| In re: | |
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | Case No. 19-01227-5-JNC<br>Chapter 11 |
| Thomas W. Waldrep, Jr., as Liquidating Trustee, | |

3

Plaintiff,

v.                                                                                    Adv. Pro. No. 22-00107-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

Defendants.

### ORDER AMENDING PRETRIAL SCHEDULING ORDER

In the above-captioned related adversary proceedings, the parties have conferred and agreed to amend the Pretrial Scheduling Order. The court has reviewed the Consent Motion to Amend Pretrial Scheduling Order filed jointly in each case with suggested dates extending case hearings and deadlines. The requested extensions and new deadlines are approved for good cause shown.

Therefore, with the consent of all parties, it is **ORDERED** that the following adjustments and extensions be made to the Pretrial Scheduling Orders in each of the related adversary proceedings:

> **Rule 26(a)(2):** Because the parties now contemplate the use of expert witnesses, each party will identify its experts and provide opposing counsel with copies of each expert's report by **May 1, 2023,** and identify any rebuttal expert and provide opposing counsel with copies of any rebuttal report by **June 1, 2023**.
>
> **Discovery Deadline:** All discovery should be completed by **July 21, 2023**.
>
> **Mediation Report**: The parties are required to file a joint report concerning the advisability and their respective positions on mediation by **August 1, 2023**.
>
> **Dispositive Motions:** The deadline to file dispositive motions is **September 1, 2023**. If a hearing is required, the date thereof will be later noticed.
>
> **Pretrial Order and Motions in Limine:** The joint final pretrial order in form required by the local rules and any motions in limine are due by **November 28, 2023.**

**Final Pretrial Conference:** The final pretrial conference will be held by telephone (unless requested otherwise by the parties) as follows:

**DATE**: **Thursday, November 30, 2023**
**TIME**: **1:00 p.m.**

To join the conference call, please dial **1-888-273-3658.** The associated access code is **3113071#.** Do not join the conference call as the host, but instead press the # key and wait for the conference to begin. The operator will ask you to state your name when the conference is about to begin.

Counsel must be fully prepared to present all information and argument necessary for determination of documentary evidence objections **at the pretrial conference**.

**Trial:**  The trial of the above-captioned adversary proceedings will be conducted and held jointly and concurrently, and are scheduled as follows:

**DATE**: **Monday and Tuesday, December 4 and 5, 2023**
**TIME**: **10:00 AM**
**PLACE**: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

END OF DOCUMENT